# United States District Court
# District of Minnesota

Marquette Trust Company, N.A., as Trustee
for the National Polymers, Inc. Profit Sharing Plan

Plaintiff(s), **JUDGMENT BY DEFAULT**

-vs- Civil No. 01-1243 MJD/SRN

David Schreiber

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of Nine Thousand, Six Hundred Eighty-Eight and 62/100 Dollars ($ 9,688.62).

FRANCIS E. DOSAL, CLERK

DATED: August 9, 2001 By [signature]
Cynthia J. Francis, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 9,423.12 |
| Costs and disbursements | $ 265.50 |
| Interest to | $ |
| Surcharge | $ |
| **TOTAL JUDGMENT** | $ 9,688.62 |